# First District Court of Appeal
## State of Florida

———————————————

No. 1D19-534

———————————————

George M. Gould,

    Petitioner,

v.

Mark S. Inch, Secretary,
Florida Department of
Corrections,

    Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.


October 28, 2019


Per Curiam.

    Denied.

Ray, C.J., and Makar and Kelsey, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

George M. Gould, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.